# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ashley Norwood

                        Plaintiff,

v.                                                        Case No.: 1:21−cv−00917
                                                                   Honorable LaShonda A. Hunt

Shippers Warehouse of Illinois, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 30, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: In−person Final Approval Hearing held. For the reasons stated on the record, Plaintiff's Motion and Memorandum of Law In Support of Final Approval of Class Action Settlement [73] is granted. Plaintiff's Revised Motion in Support of Attorneys' Fees and Costs, and an Incentive Award to Plaintiff [68] is granted. Enter Final Order and Judgment. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.